UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ramon Jaquez,

            Plaintiff,

–v–

George's Music Inc.,

            Defendant.

21-cv-1455 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2021

ALISON J. NATHAN, District Judge:

    It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.  To be clear, any application to reopen must be filed within sixty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

    All scheduled conferences and deadlines are hereby adjourned.  Within the sixty-day period provided for in this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.  Pursuant to Rule 5.A. of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless the terms of the agreement are made part of the public record.

    SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge