IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAMON JAQUEZ, on behalf of himself and all others similarly situated,**

                **Plaintiff,**

    -v-

**GEORGE'S MUSIC INC.,**

                **Defendant.**

Civil Case Number:  1:21-cv-01455-AJN

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 15, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-01455-AJN**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS \_\_\_\_ day of June 2021.**

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE