IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

        Plaintiff,

-v-

GEORGE'S MUSIC INC.,

        Defendant.

Civil Case Number: 1:21-cv-01455-AJN

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 15, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-01455-AJN**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __15__ day of June 2021.

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE